K S Mc Clelland
P.O. Box 484,
Yolo, CA 95697
(530) 666-7244
cme4solutions@msn.com
Debtor, Pro Per

FILED
FEB 17 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

NPAS

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re

K S Mc Clelland,

    Debtor,

6020

) Case No.: 08-33454-A-7
) Dc No.: KSM - 4
)
) MOTION OF LIMITED OBJECTION
)
) TO REPORT OF NONDISTRIBUTION

On the 13th of April, 2009 Debtor will move the court to hear his Limited Objection to the Report of Nondistribution. Debtor does not object to the finding of the report or of any of its contents except for that statement of complete administration. Debtor believes that two issues could still be resolved and Debtor seeks the Courts permission to 4a. Object to claims of Claimant Creditors U.S. Bank N.A., Ocwen Loan Servicing, LLC., and Aztec Foreclosure Corporation; and 4b. to have the Court Hear my Petition for Hardship Discharge of Student Loans. Notice and Motions 4a and 4b will be forthcoming immediately and am asking the Court to permit those issues to be heard on the 13 of April, 2009, also. Notice and Motion will be served in time to permit that hearing date. All parties named in the Notice of Limited Objection were also served with a copy of this motion. Submitted under penalty of perjury of the perjury laws of the United States on this the 17th day of February, 2009 by,

*/s/ K S Mc Clelland*
K S Mc CLelland
P.O. Box 484
Yolo, CA 95697
(530) 666-7244

LIMITED OBJECTION TO REPORT- 3